UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LUIGGI JOSE SALCEDO RIVERO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1174-CCB-SJF |

**OPINION AND ORDER**

Immigration detainee Luiggi Jose Salcedo Rivero, a litigant without counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States. (ECF 1.)

Mr. Salcedo Rivero is a citizen of Venezuela. In July 2023, he was arrested by United States Border Patrol agents in Texas near the United States-Mexico border, served with a Notice to Appear in immigration court, and granted temporary parole into the United States. (ECF 6-1 at 9.) In 2024, he was convicted of retail theft and resisting law enforcement in Wisconsin. (*Id.* at 10.) In June 2026, he was taken into custody by Immigration and Customs Enforcement (ICE) agents in Wisconsin pursuant to an administrative warrant, and was then transferred to Miami Correctional Facility pending the conclusion of his removal proceedings. (*Id.* at 11-12.) On August 12, 2026, an immigration judge ordered him removed to Venezuela. (ECF 7-1.) He waived his right to appeal to the Board of Immigration Appeals (BIA). (*Id.* at 3.)

Mr. Salcedo Rivero alleged in his petition, filed in early August 2026, that he was being wrongfully denied an opportunity for release on bond while his removal proceedings were pending in accordance with 8 U.S.C. § 1226(a). (ECF 1.) The Warden responds that Mr. Salcedo Rivero is subject to mandatory detention under 8 U.S.C. § 1231 because his removal proceedings became final after his petition was filed. (ECF 7.) Mr. Salcedo Rivero did not file a reply, and the time for doing so has expired.

When a noncitizen's removal proceedings become final, detention is mandatory during a 90-day "removal period" while the government works to effectuate the noncitizen's removal. 8 U.S.C. §§ 1231(a)(1)(A), (a)(2)(A). The removal period begins on the latest of:

> **(i)** The date the order of removal becomes administratively final.
>
> **(ii)** If the removal order is judicially reviewed and if a court orders a stay of the removal of the alien, the date of the court's final order.
>
> **(iii)** If the alien is detained or confined (except under an immigration process), the date the alien is released from detention or confinement.

8 U.S.C. § 1231(a)(1)(B).

Here, Mr. Salcedo Rivero's removal proceedings became final and the 90-day removal period began on August 12, 2026, when an immigration judge ordered him removed to Venezuela and he waived his right to appeal to the BIA. *See* 8 U.S.C. § 1101(a)(47)(B)(ii); 8 C.F.R. § 1241.1(b). The removal period will continue through at least November 10, 2026, making his current detention mandatory under 8 U.S.C. § 1231. Therefore, he has not demonstrated that his current detention is unlawful.

For these reasons, the court **DENIES** the petition (ECF 1) and **DIRECTS** the clerk to close this case.

SO ORDERED on September 4, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT